UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Junjiao Wei

          Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule A,

          Defendant.

Case No.: 1:24−cv−07072

Honorable Sara L. Ellis

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motions for entry of a temporary restraining order [10] and electronic service of process [13]. The Court notes that Plaintiff did not seek leave of this Court to file the exhibits to its complaint under seal. If Plaintiff intends that these exhibits remain under seal, it should file a motion seeking leave to keep them under seal. The Court strikes the presentment date of 8/27/2024 and sets a status date for 8/29/2024 at 1:45 PM. Plaintiff should file any motion for entry of a preliminary injunction and notice it for presentment at the next status date. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.